**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| VIRGINIA NUTT, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | 1:03-CV-42 (WLS) |
| : | |
| GOLDEN PEANUT COMPANY, LLC, : | |
| LAMAR CRUTCHFIELD and BOBBY : | |
| WIGGINS : | |
| : | |
| Defendant. : | |

**ORDER**

Based on the status of the case and the parties' representation at the pretrial conference held on December 14, 2005, the Court believes this case to be one which may benefit from and may be appropriate for mediation.  The Court, therefore **ORDERS** counsel and the parties to appear before United States Magistrate Judge Richard L. Hodge at C.B. King United States Courthouse, 201 W. Broad Ave., Albany, GA on **Tuesday, January 10, 2006 at 9:30 A.M.** to attempt to mediate this case.  Each party shall have present at said mediation, a party representative capable of and authorized to make a final decision with regard to settlement. If settlement is not reached, the captioned case shall proceed to trial during the present trial term.

**SO ORDERED**, this   6th   day of January, 2006.

/s/W. Louis Sands
**W. LOUIS SANDS, CHIEF JUDGE
UNITED STATES DISTRICT COURT**